# AGENDA FOR CHAPTER 13 CREDITORS MEETING

CASE NO. 25-30399 G  DATE: 04/17/2025
DEBTOR: ROBERT AUSTIN  Judge John P. Gustafson
ATTORNEY FOR DEBTOR(S): MISTY WOOD  TRUSTEE: Elizabeth A. Vaughan

What is your name? ✓  Is your residence and/or mailing address correct? ✓  Is this your primary residence? ☑ Yes ☐ No
Verifications: SSN: ✓  Signature(s): ___  Have you had any previous bankruptcy fillings? ☐ Yes ☑ No
Did you review and sign your Ch 13 Bankruptcy Petition prior to it being filed? ✓
Is the information contained therein true to the best of your knowledge? ✓
Does any information contained in the Petition need to be changed/corrected/added/deleted? ✓
Do you understand that all the testimony you give here today is under penalty of perjury? ✓

1. Do you understand you have filed a Ch. 13 Re-payment Plan and not a Ch. 7 liquidation? ☑ Yes ☐ No

2. Should anything change about your mailing address, please let us know. ✓  *separated*

3. Were you legally married (to your co-debtor) at the time you filed your Chapter 13 Case? ☑ Yes ☐ No
   (a) Do you have any dependents? ☐ Yes ☑ No   No. of dependents/ages: _____

4. Are you paying any spousal or child support? ☐ Yes ☑ No   If yes, how much? _____
   (a) Is the DSO information listed in the Petition? ☐ Yes ☐ No ☑ N/A

5. Are you in good health? (Debtor 1) ☑ Yes ☐ No   (Debtor 2) ☐ Yes ☐ No

6. (Debtor 1) Are you presently employed? ☑ Yes ☐ No  By: USPS   How long? 9 months
   Retirement Loans: 401(K) / 403(B) / TESP _____
   **What is your net pay?** $800.00 – 1000.00   wkly / (bi-wkly) / s/m / monthly.
   Supplemental Income? Social Security ___ / Disability ___ / Pension $5,010.07 mo.
   Rental Income ___ / Contribution from ___ / Other: ___

   → Non-filing spouse – separated
   (Debtor 2) Are you presently employed? ☐ Yes ☐ No  By: N/A   How long? ___
   Retirement Loans: 401(K) / 403(B) / TESP _____
   **What is your net pay?** ___   wkly / bi-wkly / s/m / monthly.
   Supplemental Income? Social Security ___ / Disability ___ / Pension ___
   Rental Income ___ / Contribution from ___ / Other: ___

7. **Payroll Deduction / (Pay Direct):** Debtor 1 / Debtor 2 / Both:  Payroll address: _____

8. Payments to date: ☑ Yes ☐ No   1 = $2,219.00   By: TFS / MO / (PC) / CC / IOLTA

9. Have you filed all required tax returns with the appropriate taxing authorities for the last four years? ☑ Yes ☐ No  Have you received tax refunds for the last 2 years? ☑ Yes ☐ No  How much:
   2023-Federal $5645.00 owed       2023-State $ Unknown
   2024-Federal $5000.00 owed       2024-State $1200.00

10. Have you provided us with a copy of your Federal & State tax return for the most recent tax year? ☑ Yes ☐ No

---

CONFIRMATION: ✓
CASE CONTINUED TO: _____
CASE TO BE CONTINUED FOR CONFIRMATION ONLY. _____
TRUSTEE WILL FILE/HAS FILED A MOTION TO DISMISS. _____
ATTORNEY FOR DEBTOR WILL FILE A MOTION TO VOLUNTARILY DISMISS / CONVERT. _____

Creditor Attorney:
Suzanne Mandross  Lucas County Prosecutor's Office
for Sylvania Township

**Austin, Robert 25-30399 G**
Attorney: Misty Wood
Current Plan filed: 3/7/25
**Pending Motion to Dismiss:** No

| | |
|---|---|
| *Petition Filed: 3/7/25* | |
| *341 Mtg: 4/17/25* | *Conf. Hrg: 5/29/25* |
| *BAR DATE: 5/16/25 - GOV BAR DATE: 9/3/25* | |
| *Last Payment: $2,219.00 on 4/4/25* | |

Mtg/Fifth Third Bank - Out 3.1-**Arrearages are 1 pmt and escrow shortage**  $1,408.63 Per claim

Capital One Auto ('21 Mazda CX-30) - Out 3.1

Priority - Internal Revenue Service  $7,978.60 Per claim

|  |  |  | Total Unsecured |
|---|---|---|---|
| Unsecured | $69,706.65 | 35% x | $199,161.85 |
| Attorney Fees: | $313.00 | | |
| | $79,406.88 | | |
| Trustee Fees: | $8,734.76 | | |
| TOTAL | $88,141.63 | | |
| **Less Payments:** | ($2,219.00) | | |
| | $85,922.63 | | |

PROPOSED:     $2,219.00 per month x     35 (36)=     $77,665.00
              Plus all tax refunds x 3

NEED:*        **$2,470.00** per month x     35 (36)=     $86,450.00
              Plus all tax refunds x 3
              ***Or go to 40 months**

(Pay Direct / Payroll Deduction)
Entitled to discharge: Yes
Student Loans: No
Below Median

Tax Returns:
*24 - Not yet provided*