IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | * | Case No. 25-30399 G |
| | * | |
| Robert Austin | * | Chapter 13 |
| | * | |
| Debtor | * | Judge John P. Gustafson |
| | * | |
| | * | Elizabeth A. Vaughan |
| | * | Chapter 13 Trustee |
| | * | 316 N. Michigan Street, Suite 501 |
| | * | Toledo, Ohio 43604 |
| | * | (419) 255-0675 |
| | * | |

**Chapter 13 Trustee's Objection to Confirmation**

Now comes Elizabeth A. Vaughan, Chapter 13 Trustee, hereby objects to the confirmation of the proposed Chapter 13 Plan.

1. The Trustee asserts the following:

    ☑ TAX RETURNS: The Debtor has failed to provide the Trustee with a copy of the federal and state income tax returns for tax year 2024.

    ☑ FEASIBILITY: The plan as proposed is not feasible.

    ☑ DISPOSABLE INCOME: The Plan does not commit all of the Debtor(s) projected disposable income for the applicable commitment period.

2. This is an ongoing objection and is intended to be an objection to any subsequent Plan filed by the Debtor(s).

3. The Trustee reserves the right to amend and/or supplement this objection should additional information be provided.

WHEREFORE, Trustee prays this Court deny confirmation of the proposed Plan for the foregoing reasons and requests that the case be dismissed.

Respectfully submitted,
*/s/ Elizabeth A. Vaughan*
Elizabeth A. Vaughan
Standing Chapter 13 Trustee

CERTIFICATE OF SERVICE

I certify that on April 21, 2025 a true and correct copy of the Chapter 13 Trustee's Objection to Confirmation was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Misty Wood, Esq. on behalf of Debtor, at bankruptcy@shinaverlaw.com

    United States Trustee at ustp.region09@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

    Robert Austin
    6545 Carrietowne Ln
    Toledo, Oh 43615
    Debtor

                                        */s/ Elizabeth A. Vaughan*
                                        Elizabeth A. Vaughan
                                        Standing Chapter 13 Trustee