IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:                                          Case No. 25-30399 G

                                                Chapter 13

Robert Austin                                   HON. JOHN GUSTAFSON

      Debtor(s)                           <u>OBJECTION TO AND REJECTION OF</u>
                                                <u>CHAPTER 13 PLAN</u>

                                                Julia R. Bates, Esq.
                                                Lucas County Prosecutor
                                                By:   Suzanne C. Mandros, Esq.
                                                Assistant Prosecuting Attorney
                                                One Government Center, Ste 500
                                                Toledo, Ohio   43604
                                                (419) 213-2145
                                                FAX (419) 213-4070
                                                Ohio Reg. No.   0002157
                                                smandro@co.lucas.oh.us
                                                scmandross@hotmail.com


       Now comes the Sylvania Township, Ohio, and states that the above debtor's chapter 13 plan

does not propose sufficient funds to adequately fund a Chapter 13 plan.   Sylvania Township filed

Proof of claim number 7 claiming $69,698.43 for public monies expended for health care based

upon a fraudulent misrepresentation of the debtor's marital status.   Sylvania Township is claiming

priority under 11 USC 507(a)(8) and will be filing a Complaint to Determine the Dischargeability of the Debt under 11 USC 523(a)(2)(A). Further the debtor's plan should be reviewed as a 5 year obligation to see if it could meet the requirements of a good faith effort pursuant to 11 USC 1325(a)(3).

Respectfully submitted,

JULIA R. BATES, Lucas County Prosecuting Attorney

By:   /s/Suzanne C. Mandros
       Assistant Prosecuting Attorney

CERTIFICATE OF SERVICE

I certify that on May 12, 2025 a true and correct copy of the Objection to and Rejection of Chapter 13 Plan was served upon the following parties by electronic mail and/or first class mail as indicated herein

Via Electronic Mail:

Misty Wood, attorney for Debtor at mawood@shinaverlaw.com
Elizabeth A. Vaughan, Chapter 13 Trustee at elizabethav@chapter13toledo.com
Patrick Hruby, attorney for Fifth Third Bank, N.A. at OHBKR@brockandscott.com
United States Trustee at ustp.region09@usdoj.gov

And by regular U.S.Mail postage prepaid on the debtor(s):

Robert Austin
6545 Carrietowne Ln
Toledo, OH 43615

/s/ Suzanne C. Mandros
Assistant Prosecuting Attorney