**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated:  July 3 2025**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **In Re**: | ) | **Case No**.  25-30399 |
| Robert Austin | ) | **Chapter** 13 |
| **Debtor(s)**. | ) | **JUDGE JOHN P. GUSTAFSON** |

## ORDER TO CONTINUE HEARING

This case comes before the court on July 1, 2025, for Further Hearing on Confirmation of Chapter 13 Plan [Doc. #2]. Debtor, Attorney for Debtor, Attorney for Creditor and the Chapter 13 Trustee attended the hearing by telephone.

For good cause shown, it is

**ORDERED** that Hearing on Confirmation of Chapter 13 Plan to be continued to **July 29, 2025, at 9:30 a.m.,** before the Honorable John P. Gustafson, United States Bankruptcy Court, **405 Madison Avenue, 6th Floor, Courtroom No. 2, Toledo, Ohio 43604.**  *Parties may also attend telephonically by dialing the Conference line telephone number at 419-718-0655 using access code 97661245#* **at least five (5) minutes prior to scheduled hearing.**