United States Bankruptcy Court
Northern District of Ohio

In re:  
Robert Austin  
    Debtor

Case No. 25-30399-jpg  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0647-3     User: dzeme     Page 1 of 3  
Date Rcvd: Jul 03, 2025     Form ID: pdf755     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Austin, 6546 Carrietowne Ln, Toledo, OH 43615-1767 |
| cr | + | Sylvania Township, 4927 N. Holland Sylvania Rd, Sylvania, OH 43560, UNITED STATES 43560-2121 |
| 28102715 | + | Dr. Rosemary Chaban, Oak Openings Dentistry, 4315 N Holland Sylvania Rd,, Toledo, OH 43623-2507 |
| 28102723 | + | Shinaver Law Office, LLC, 3200 Woodville Road Suite A, Northwood, OH 43619-1580 |
| 28102725 | + | Sylvania Township, 4927 Holland Sylvania Rd, Sylvania, OH 43560-2121 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 03 2025 21:11:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 03 2025 20:55:00 | Fifth Third Bank, National Association, 5001 Kingsley Drive, Cincinnati, OH 45227-1114 |
| 28102710 | + | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 21:00:43 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 28142870 | | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 21:11:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 28102711 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 03 2025 20:53:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 28102712 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 03 2025 20:59:26 | CAPITAL ONE AUTO FINAN, PO BOX 259407, PLANO, TX 75025-9407 |
| 28102713 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2025 21:11:01 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 28102714 | + | Email/Text: bankruptcy@cavps.com | Jul 03 2025 20:55:00 | CAVALRY PORTFOLIO SERV, 1 AMERICAN LN STE 220, GREENWICH, CT 06831-2563 |
| 28127240 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 03 2025 20:59:54 | Capital One Auto Finance, a division of Capital on, C/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 28102716 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 03 2025 20:55:00 | FIFTH THIRD BANK NA, 5050 KINGSLEY DR, CINCINNATI, OH 45227-1115 |
| 28140083 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 03 2025 20:55:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 28108287 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 03 2025 20:55:00 | Fifth Third Bank, National Association, 5001 Kingsley Drive, Cincinnati, Ohio 45227-1114 |
| 28108286 | + | Email/Text: EBN@brockandscott.com | Jul 03 2025 20:53:00 | Fifth Third Bank, National Association, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 28102717 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 03 2025 20:54:00 | IRS, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 28102718 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 03 2025 20:55:00 | KEYBANK NA, 4910 TIEDEMAN RD, BROOKLYN, OH 44144-2338 |
| 28102719 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2025 21:00:06 | LVNV FUNDING, PO BOX 1269, GREENVILLE, CT 29602-1269 |
| 28102720 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2025 20:59:27 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 28115733 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2025 20:59:34 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 28102721 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jul 03 2025 20:56:00 | Ohio Dept of Tax, P.O. Box 530, Columbus, OH 43216-0530 |
| 28102722 | ^ | MEBN | Jul 03 2025 20:49:23 | Promedica, PO Box 740052, Cincinnati, OH 45274-0052 |
| 28102724 | | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 03 2025 20:59:59 | SOFI LENDING CORP, PO Box 654158, Dallas, TX 75265-4158 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2025  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew K. Ranazzi | on behalf of Plaintiff Sylvania Township aranazzi@co.lucas.oh.us |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com trusteeOHNB5T@ecf.epiqsystems.com |
| John Borell | on behalf of Plaintiff Sylvania Township JABorell@co.lucas.oh.us JABSR47@yahoo.com;sara.katafiasz@jfs.ohio.gov;smandro@co.lucas.oh.us;khender@co.lucas.oh.us |
| Misty Wood | on behalf of Debtor Robert Austin bankruptcy@shinaverlaw.com |
| Patrick A. Hruby | on behalf of Creditor Fifth Third Bank National Association patrick.hruby@brockandscott.com, wbecf@brockandscott.com |

Suzanne Cotner Mandros
    on behalf of Plaintiff Sylvania Township scmandross@hotmail.com

Suzanne Cotner Mandros
    on behalf of Creditor Sylvania Township scmandross@hotmail.com

TOTAL: 7

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
John P. Gustafson
United States Bankruptcy Judge

Dated: July 3 2025

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **In Re**: | ) | **Case No**. 25-30399 |
| Robert Austin | ) | |
| | ) | **Chapter** 13 |
| **Debtor(s)**. | ) | |
| | ) | **JUDGE JOHN P. GUSTAFSON** |
| | ) | |

### ORDER TO CONTINUE HEARING

This case comes before the court on July 1, 2025, for Further Hearing on Confirmation of Chapter 13 Plan [Doc. #2]. Debtor, Attorney for Debtor, Attorney for Creditor and the Chapter 13 Trustee attended the hearing by telephone.

For good cause shown, it is

**ORDERED** that Hearing on Confirmation of Chapter 13 Plan to be continued to **July 29, 2025**, **at 9:30 a.m.,** before the Honorable John P. Gustafson, United States Bankruptcy Court, **405 Madison Avenue, 6th Floor, Courtroom No. 2, Toledo, Ohio 43604**. *Parties may also attend telephonically by dialing the Conference line telephone number at 419-718-0655 using access code 97661245#* ***at least five (5) minutes prior to scheduled hearing.***