# PROCEEDING MEMO
## HONORABLE JOHN P. GUSTAFSON

In Re:  
Robert Austin

Case No. 25-30399-jpg  
Chapter 13

Debtor(s)

**NATURE OF PROCEEDING:**

☑ **CONTESTED**  ☐ **UNCONTESTED** HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

**APPEARANCES:**

- ☑ Debtor(s) Robert Austin (T)
- ☑ Atty for Debtor(s): Misty Wood (T)
- ☐ Atty for Sylvania Twnsp: Suzanne Mandros
- ☑ Trustee: Elizabeth A. Vaughan (T)
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for

☑ CONFIRMATION HEARING HELD
☐ EVIDENCE SUBMITTED
☐ CONFIRMATION HEARING NOT HELD

☐ CONTINUED TO _____

☐ PLAN CONFIRMED **AS PROPOSED**

☐ PLAN CONFIRMED **SUBJECT TO STIPULATION** **SEE COMMENTS OF COURT**

☐ PLAN CONFIRMED **AS MODIFIED**

☐ R/E ORDER

☐ **Payroll Deduction:** ☐ H/W ☐ Direct to Trustee

☐ Motion to Dismiss F/C ____ Days

**TO BE RECEIVED AND FILED WITH THE CLERK'S OFFICE NO LATER THAN 4:00 P.M. ON:** _____

- ☐ Amended Plan
- ☐ Amended Budget
- ☐ Add Creditor
- ☐ Add Property
- ☐ Proof of Insurance to Court and Trustee
- ☐ Legal Description
- ☐ Motion and Order To Extend Plan to ____ Months
- ☐ This Court to Retain Jurisdiction Over W/C Claim / PI Claim / Probate Estate / _____
- ☐ Not Dispose of Property or Inventory Outside the Ordinary Course of Business Without Prior Approval of the Court and Trustee
- ☐ Other _____

COMMENTS OF COURT:

Hearing held. Amended Plan to be filed in 7 days. Confirmation Hearing and Trustee's Motion to Dismiss are continued to September 25, 2025 at 9:30 a.m. Debtor to provide Trustee with documentation of "one time pension payment".

**HEARING DATE:** Thurs., 8/14/2025

FOR COURT USE ONLY:

☐ Order Uploaded    ☑ Need Order    ☐ Return for Action