The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: August 29 2025**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Austin

    Debtor(s)

Case No. 25-30399 JPG
Chapter 13

Judge John P. Gustafson

ORDER GRANTING AMENDED
MOTION TO WITHDRAW AS
ATTORNEY IN CASE

    This cause came before the Court upon the Amended Motion of Suzanne C. Mandros to withdraw from representation of the Plaintiff, Sylvania Township due to a conflict. Good cause having been shown,

    IT IS ORDERED that the Amended Motion be and it is hereby Granted.

Service List:

Robert Austin, Debtor
Elizabeth A. Vaughan, Chapter 13 Trustee at 13ECFNotices@chapter13toledo.com
Joseph Sobecki, Esq. Attorney for Debtor at joseph@josephsobecki.com
Misty Wood, Esq. Attorney for Debtor at bankruptcy@shinaverlaw.com
John Borell, Attorney for Sylvania Township at JABorell@co.lucas.oh.us