| | |
|---|---|
| In re: | Case No. 25-30399-jpg |
| Robert Austin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-3 | User: dzeme | Page 1 of 2 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdf877 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Austin, 6546 Carrietowne Ln, Toledo, OH 43615-1767 |
| cr | + | Sylvania Township, 4927 N. Holland Sylvania Rd, Sylvania, OH 43560, UNITED STATES 43560-2121 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2025 21:09:12 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 29 2025 21:08:00 | Fifth Third Bank, National Association, 5001 Kingsley Drive, Cincinnati, OH 45227-1114 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew K. Ranazzi | on behalf of Plaintiff Sylvania Township aranazzi@co.lucas.oh.us |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com trusteeOHNB5T@ecf.epiqsystems.com |

| | |
|---|---|
| John Borell | on behalf of Plaintiff Sylvania Township JABorell@co.lucas.oh.us JABSR47@yahoo.com;sara.katafiasz@jfs.ohio.gov;smandro@co.lucas.oh.us;khender@co.lucas.oh.us |
| Joseph Thomas Sobecki | on behalf of Defendant Robert Austin joseph@josephsobecki.com |
| Misty Wood | on behalf of Defendant Robert Austin bankruptcy@shinaverlaw.com |
| Misty Wood | on behalf of Debtor Robert Austin bankruptcy@shinaverlaw.com |
| Patrick A. Hruby | on behalf of Creditor Fifth Third Bank  National Association patrick.hruby@brockandscott.com, wbecf@brockandscott.com |
| Suzanne Cotner Mandros | on behalf of Creditor Sylvania Township scmandross@hotmail.com |

TOTAL: 8

The court incorporates by reference in this paragraph and adopts as the findings and orders
of this court the document set forth below. This document has been entered electronically in
the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated: August 29 2025**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Austin

    Debtor(s)

Case No. 25-30399 JPG
Chapter 13

Judge John P. Gustafson

<u>ORDER GRANTING AMENDED
MOTION TO WITHDRAW AS
ATTORNEY IN CASE</u>

This cause came before the Court upon the Amended Motion of Suzanne C. Mandros to withdraw from representation of the Plaintiff, Sylvania Township due to a conflict. Good cause having been shown,

IT IS ORDERED that the Amended Motion be and it is hereby Granted.

Service List:

Robert Austin, Debtor
Elizabeth A. Vaughan, Chapter 13 Trustee at [13ECFNotices@chapter13toledo.com](mailto:13ECFNotices@chapter13toledo.com)
Joseph Sobecki, Esq. Attorney for Debtor at [joseph@josephsobecki.com](mailto:joseph@josephsobecki.com)
Misty Wood, Esq. Attorney for Debtor at [bankruptcy@shinaverlaw.com](mailto:bankruptcy@shinaverlaw.com)
John Borell, Attorney for Sylvania Township at [JABorell@co.lucas.oh.us](mailto:JABorell@co.lucas.oh.us)