IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: Robert Austin

Debtor(s)

Case No: 25-30399

Chapter 13

Judge Gustafson

OBJECTION TO PROOF OF CLAIM OF SYLVANIA TOWNSHIP (7-1)

Creditor, Sylvania Township, claims the debt is due to fraud. However, a determination of fraud has not been made by this Court or any other court. . Further, Sylvavia Township claims to be a priority creditor under 11 USC 1507(a)(8). However, 11 USC 1507(a)(8) only relates to tax debts owed to government entities. This is not a tax debt.

THEREFORE, we respectfully request the claim of Sylvania Township be classified as a non-priority unsecured claim.

Respectfully Submitted,

*Misty Wood*

Misty Wood (OH-0095249: MI-P81167)
Shinaver Law Office, LLC
3200 Woodville Rd., Suite A
Northwood, OH 43619
Phone: 567-318-4465
Fax: 567-343-5262
mawood@shinaverlaw.com
Attorney for Debtor

CERTIFICATE OF SERVICE

On September 9, 2025 a copy of the foregoing was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

John Borell on behalf of Plaintiff Sylvania Township

JABorell@co.lucas.oh.us,

JABSR47@yahoo.com;sara.katafiasz@jfs.ohio.gov;smandro@co.lucas.oh.us;khender@co.lucas.oh.us

Patrick A. Hruby on behalf of Creditor Fifth Third Bank, National Association

patrick.hruby@brockandscott.com, wbecf@brockandscott.com

Andrew K. Ranazzi on behalf of Plaintiff Sylvania Township

aranazzi@co.lucas.oh.us

Joseph Thomas Sobecki on behalf of Defendant Robert Austin

joseph@josephsobecki.com

Elizabeth A. Vaughan

13ECFNotices@chapter13toledo.com, trusteeOHNB5T@ecf.epiqsystems.com

United States Trustee (Registered address)@usdoj.gov

And by regular US Mail, postage prepaid on the parties of interest included in the attached list of creditors.

                                                         Respectfully Submitted,

                                                         *Misty Wood*
                                                         Misty Wood
                                                         OH-0095249: MI-P81167