U.S. Bankruptcy Court
PNC Bank Building
405 Madison Avenue
Toledo, Ohio 43604

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO - WESTERN DIVISION**

IN RE: _____  CASE NO.: _____

_____  JUDGE: _____

DEBTOR(S):  CHAPTER: _____

Last four digits of Social Security Number or Individual
Tax-payer Identification ((ITIN) No(s.,(if any): _____

Employer's Tax Identification (EIN) No(s). (if any): _____

# NOTICE OF OBJECTION TO CLAIM

_____ has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the Court to eliminate or change your claim, then on or before _____, you or your lawyer must:

File with the court a written response at:

    Clerk, U.S. Bankruptcy Court
    PNC Bank Building
    405 Madison Avenue
    Toledo, Ohio 43604

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

**You must also send a copy to:**

| **objector's attorney's name and address** | **names and addresses of others to be served** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**Attend the hearing on the objection, to be separately scheduled by the court if you timely file a written response to the objection.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Dated:_____  Signature: *Misty Wood*_____

    Name: _____

    Address: _____

    _____

## Certificate of Service

This is to certify that a copy of the Notice of Objection to Claim was sent to the following list of parties on _____ in accordance with Bankruptcy Rule 3007(a).

Date: _____          Signature: *Misty Wood*

List of Parties Served