United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 25-30399-jpg |
| Robert Austin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0647-3     User: dzeme     Page 1 of 2
Date Rcvd: Sep 09, 2025     Form ID: 142     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Austin, 6546 Carrietowne Ln, Toledo, OH 43615-1767 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew K. Ranazzi | on behalf of Plaintiff Sylvania Township aranazzi@co.lucas.oh.us |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com trusteeOHNB5T@ecf.epiqsystems.com |
| John Borell | on behalf of Plaintiff Sylvania Township JABorell@co.lucas.oh.us JABSR47@yahoo.com;sara.katafiasz@jfs.ohio.gov;smandro@co.lucas.oh.us;khender@co.lucas.oh.us |
| Joseph Thomas Sobecki | on behalf of Defendant Robert Austin joseph@josephsobecki.com |
| Misty Wood | on behalf of Debtor Robert Austin bankruptcy@shinaverlaw.com |
| Misty Wood | |

on behalf of Defendant Robert Austin bankruptcy@shinaverlaw.com

Patrick A. Hruby

on behalf of Creditor Fifth Third Bank  National Association patrick.hruby@brockandscott.com, wbecf@brockandscott.com

TOTAL: 7

# United States Bankruptcy Court
## Northern District Of Ohio
## JOHN P. GUSTAFSON
### Notice of Filing Deficiency

**To:** Robert Austin    **Debtor:** Robert Austin

**Case Number:** 25−30399−jpg    **Regarding Document Number:** 40

**The following deficiency must be corrected within 7 day(s) from the date of this notice.**

☐ Form B121 required to add or correct social security number. Certificate of Service of "paper" notice to all creditors required. See ECF Newsletter, Volume 2 Number 1.

☐ Filing fee required. See comments below.

☐ Certificate of service indicating name and address of parties served and date of service missing.

☐ Attachments/exhibits missing or incorrectly filed.

☐ Petition and/or schedules incomplete. See comments below.

☐ Creditors not uploaded.

☐ No order submitted. Orders are required at the time that a motion/application/objection is filed.

☐ Order submitted is not in proper format (a word processing format). Resubmit order to judge's mailbox.

☐ Amended plan with complete certificate of service not filed.

☐ Notice of continued 341 meeting and certificate of service not filed.

☐ Notice of continued confirmation hearing and certificate of service not filed.

☐ Proof of insurance not submitted to trustee.

☐ Copies of tax returns not submitted to trustee.

☐ No Means Testing Form

☒ Other: see comments below.

**Comments/Instructions:**
Required Notice of Objection to Claim Form is missing.

**Inquiries regarding this form should be directed to:** Dan Zemens
at (419) 213−5600, ext. 5605
**Dated:** September 9, 2025
Form ohnb142