# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:                                                  Case No.    25-30399-jpg

Robert Austin                             Chapter     13

Debtor(s)

**NATURE OF PROCEEDING:**

[✓] **CONTESTED**    [ ] **UNCONTESTED** HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

**APPEARANCES:**

- [✓] Debtor(s) Robert Austin (T)
- [✓] Atty for Debtor(s): Misty Wood (T)
- [ ] Atty for Sylvania Township: John Borell
- [✓] Trustee: Elizabeth A. Vaughan (T)

- [✓] CONFIRMATION HEARING HELD
- [ ] EVIDENCE SUBMITTED
- [ ] CONFIRMATION HEARING NOT HELD
- [ ] CONTINUED TO _____
- [ ] PLAN CONFIRMED **AS PROPOSED**
- [ ] PLAN CONFIRMED **SUBJECT TO STIPULATION** **\*\*SEE COMMENTS OF COURT**
- [ ] PLAN CONFIRMED **AS MODIFIED**
- [ ] R/E ORDER
- [ ] **Payroll Deduction:** [ ] H/W [ ] Direct to Trustee
- [ ] Motion to Dismiss F/C ____ Days

**TO BE RECEIVED AND FILED WITH THE CLERK'S OFFICE NO LATER THAN 4:00 P.M. ON:** _____

- [ ] Amended Plan
- [ ] Amended Budget
- [ ] Add Creditor
- [ ] Add Property
- [ ] Proof of Insurance to Court and Trustee
- [ ] Legal Description
- [ ] Motion and Order To Extend Plan to ____ Months
- [ ] This Court to Retain Jurisdiction Over W/C Claim / PI Claim / Probate Estate / _____
- [ ] Not Dispose of Property or Inventory Outside the Ordinary Course of Business Without Prior Approval of the Court and Trustee
- [ ] Other _____

COMMENTS OF COURT:

Hearing held. Confirmation Hearing is continued to November 6, 2025 at 9:30 a.m.

**HEARING DATE:** 9/25/2025

FOR COURT USE ONLY:

[ ] Order Uploaded     [✓] Need Order     [ ] Return for Action